In the Matter of the Claim of EDWARD PARROTT, Respondent, against WITHERBEE, SHERMAN & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of BRIDGET KIEALY, Respondent, against NEW YORK RAPID TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award modified to provide for a commuted payment in a lump sum, upon the delivery of satisfaction pieces of the two mortgages, and as so modified unanimously affirmed. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH GARRETT, Respondent, against B. B. MILLER & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award is modified by making April 1, 1925, as the beginning of the period of the award, and as so modified unanimously affirmed. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CARMEN GROVANIELL, Respondent, against TRANSIT DEVELOPMENT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EARL C. WEBB, Respondent, against DU PONT ENGINEERING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the letter in the record from Dr. Phillips to the Commissioner, July 12, 1927, was improperly admitted and was after the hearing at which Dr. Phillips had testified was closed, and no opportunity for cross-examination being given. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of ISAAC SCOTT, Respondent, against B. M. T. R. R., BROOKLYN, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.